UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAVID WATTS,

          Plaintiff,

      v.                                          Case No. 23-C-1727

GARY HOFFMAN, et al.,

          Defendants.

---

## ORDER REQUIRING RESPONSE FROM DEFENDANTS

---

Plaintiff David Watts, who is representing himself, is proceeding on an Eighth Amendment failure-to-protect claim against CO Gary Hoffman, Unit Manager Jodene Perttu, Cpt. Tonia Rozmarynoski, and Cpt. Daniel Cushing in connection with allegations that CO Hoffman intentionally provoked other inmates to attack him at the Green Bay Correctional Institution and the other correctional officers knew about it yet did nothing. Dkt. Nos. 1 & 9. Discovery closes September 30, 2024; and dispositive motions are due October 29, 2024. Dkt. No. 14.

On August 19, 2024, Plaintiff filed a motion for an order.[1] Dkt. No. 15. Plaintiff asks the Court to allow him to watch the body-camera footage from CO Hoffman's vest "in private," as many times as he wants, without anyone else around. *Id*. Plaintiff states that, when he was previously watching the video, someone from the office of legal counsel was present and was coping down the notes that Plaintiff was taking. *Id*. at 1 & 4. When Plaintiff complained about it, that individual reported that Defense counsel directed her to write down Plaintiff's notes and send

---

[1] Plaintiff also asks the Court to order the institution to allow him to use his legal loans to pay an initial partial filing fee assessed by Judge Andrew Wisemen. Dkt. No. 15 at 6. Plaintiff should direct any issues involving Magistrate Judge Wisemen's case to his court in the Western District of Wisconsin (not this Court).

it to him. *Id*. at 4. On August 26, 2024, Plaintiff filed another motion for an order, this time requesting a copy of body-camera footage from CO Hoffman's vest that is "continuous" and "unaltered." Dkt. No. 16. Plaintiff states that he requested video of a 30-minute period of time, between 1:00 and 1:30 p.m., but the video he received is cut into three separate recordings with relevant footage missing in between. *Id*. at 2-3. Plaintiff's discovery complaints warrant a response from Defendants. Accordingly,

**IT IS THEREFORE ORDERED** that Defendants shall file a response to Plaintiff's motions (Dkt. Nos. 15 & 16) within **21 days of this order**.

Dated at Green Bay, Wisconsin this 5th day of September, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge